# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briscoe, Mary B. | Tenth Circuit Court of Appeals | 04/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

645 Massachusetts
Suite 400
Lawrence, KS 66044

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Program - vested |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | KS Public Employees Retirement System - Judge's Retirement Program | $37,634.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Western Professional Associates, Inc. - nonemployee compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briscoe, Mary B.** | 04/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Value | B | Dividend | | | Sold (part) | 03/26/19 | J | | |
| 2. | | | | | Sold (part) | 08/06/19 | K | D | |
| 3. | | | | | Sold | 10/24/19 | K | | |
| 4. American Funds Tax Advantage | B | Dividend | L | T | | | | | |
| 5. Baird Agg Bond Fund | C | Dividend | M | T | Buy | 03/26/19 | J | | |
| 6. | | | | | Sold (part) | 10/03/19 | J | A | |
| 7. CenterPoint Energy common stock CNP | B | Dividend | L | T | Buy (add'l) | 01/28/19 | J | | |
| 8. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 9. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 10. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 11. Columbia Capital Allocation Moderate Porfolio ABUAX | C | Dividend | L | T | | | | | |
| 12. Columbia Income Builder Fund RBBAX | B | Dividend | K | T | | | | | |
| 13. DoubleLine Total Return Bond Fund Class I DBLTX | C | Dividend | M | T | | | | | |
| 14. DoubleLine Total Return Bond Fund Class N DLTNX | D | Dividend | M | T | Buy (add'l) | 03/29/19 | J | | |
| 15. | | | | | Sold (part) | 10/03/19 | J | A | |
| 16. | | | | | Sold (part) | 12/19/19 | J | | |
| 17. Eaton Vance Floating Rate Advantage Fund Class A EAFAX | C | Dividend | L | T | Sold (part) | 03/26/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/19/19 | J | | |
| 19. Templeton Global Bond Class A TPINX<br>[converted to TGBAX] | A | Dividend | | | Closed | 05/28/19 | K | | |
| 20. Templeton Global Bond Advisor Class<br>TGBAX | A | Dividend | | | Open | 05/28/19 | K | | |
| 21. | | | | | Sold | 08/26/19 | K | D | |
| 22. Fidelity Puritan FPURX | B | Dividend | K | T | | | | | |
| 23. Fidelity Total Bond Fund FTBFX | D | Dividend | M | T | Sold<br>(part) | 12/19/19 | J | A | |
| 24. Harbor Bond Admin CL HABDX | B | Dividend | L | T | | | | | |
| 25. Harbor Bond Admin CL HRBDX | A | Dividend | | | Sold<br>(part) | 07/23/19 | K | | |
| 26. | | | | | Sold<br>(part) | 07/23/19 | J | A | |
| 27. | | | | | Sold | 07/23/19 | K | C | |
| 28. Harding Loevner Emerging Markets<br>Portfolio Advisor Class HELMX | A | Dividend | K | T | Sold<br>(part) | 05/14/19 | J | A | |
| 29. | | | | | Sold<br>(part) | 08/02/19 | J | A | |
| 30. | | | | | Sold<br>(part) | 08/02/19 | J | B | |
| 31. Harding Loevner Institutional Emerging<br>Mkts HLMEX | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 33. | | | | | Sold<br>(part) | 11/12/19 | J | A | |
| 34. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Invesco Oppenheimer Rochester AMT-Free Muni OPTAX | A | Dividend | K | T | | | | | |
| 36. | | | J | T | Buy | 05/16/19 | K | | |
| 37. BlackRock: iShares Barclays Aggregate Bond Fund AGG | D | Dividend | O | T | Buy | 03/26/19 | K | | |
| 38. | | | | | Buy (add'l) | 03/26/19 | K | | |
| 39. | | | | | Buy | 04/22/19 | J | | |
| 40. | | | | | Sold (part) | 10/03/19 | J | A | |
| 41. | | | | | Sold (part) | 10/03/19 | J | A | |
| 42. | | | | | Buy (add'l) | 11/13/19 | L | | |
| 43. | | | | | Buy (add'l) | 11/13/19 | K | | |
| 44. BlackRock: iShares Russell 1000 Value ETF IWD | B | Dividend | L | T | | | | | |
| 45. BlackRock: iShares S&P 500 Growth Index IVW | D | Dividend | M | T | Sold (part) | 03/26/19 | J | A | |
| 46. | | | | | Sold (part) | 11/12/19 | J | A | |
| 47. | | | | | Sold (part) | 12/19/19 | K | C | |
| 48. BlackRock: iShares S&P 500 Index IVV | A | Dividend | K | T | Sold (part) | 03/26/19 | J | B | |
| 49. | | | | | Sold (part) | 10/03/19 | J | B | |
| 50. BlackRock: iShares S&P 500 Value IVE | B | Dividend | M | T | Buy | 02/20/19 | J | | |
| 51. | | | | | Buy | 10/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/12/19 | J | B | |
| 53. | | | | | Buy (add'l) | 11/29/19 | K | | |
| 54. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 55. | | | | | Sold (part) | 12/13/19 | J | C | |
| 56. | | | | | Sold (part) | 12/13/19 | J | A | |
| 57. | | | | | Buy (add'l) | 12/19/19 | K | | |
| 58. BlackRock: iShares S&P MidCap 400 Growth IJK | A | Dividend | J | T | Sold (part) | 03/26/19 | J | B | |
| 59. | | | | | Sold (part) | 12/19/19 | J | C | |
| 60. BlackRock: iShares S&P MidCap 400 Value ETF IJJ | A | Dividend | K | T | Sold (part) | 12/19/19 | J | A | |
| 61. BlackRock: iShares S&P 500 SmallCap 600 Index IJR | A | Dividend | L | T | Sold (part) | 02/20/19 | J | A | |
| 62. | | | | | Sold (part) | 03/26/19 | K | | |
| 63. | | | | | Buy (add'l) | 09/11/19 | K | | |
| 64. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 65. BlackRock: iShares TR/CORE MSCI EAFE ETF IEFA | B | Dividend | K | T | Sold (part) | 02/20/19 | K | | |
| 66. | | | | | Sold (part) | 03/26/19 | K | B | |
| 67. | | | | | Sold (part) | 03/26/19 | K | | |
| 68. | | | | | Sold (part) | 08/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 70. | | | | | Buy (add'l) | 11/29/19 | J | | |
| 71. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 72. Metropolitan West Total Return Bond Fund MWTRX | D | Dividend | M | T | Sold (part) | 08/07/19 | J | A | |
| 73. | | | | | Sold (part) | 10/03/19 | K | A | |
| 74. | | | | | Sold (part) | 10/03/19 | J | A | |
| 75. | | | | | Sold (part) | 10/03/19 | K | A | |
| 76. Oakmark Fund Investor Class OAKMX | C | Dividend | K | T | | | | | |
| 77. Oakmark International Fund Investor OAKIX [converted to OAYIX] | | None | | | Closed | 07/25/19 | K | | |
| 78. Oakmark International Advisor Fund OAYIX | A | Dividend | K | T | Open | 07/25/19 | K | | |
| 79. | | | | | Sold (part) | 08/06/19 | J | | |
| 80. | | | | | Sold (part) | 11/12/19 | J | | |
| 81. | | | | | Sold (part) | 12/12/19 | J | | |
| 82. Performance Trust Strategic Bond Fund PTIAX | B | Dividend | L | T | | | | | |
| 83. PIMCO Income Fund Class A PONAX | C | Dividend | M | T | Sold (part) | 12/19/19 | J | | |
| 84. Fidelity VIP High Income | | None | | | Sold | 03/26/19 | J | | |
| 85. Fidelity VIP Overseas | | None | L | T | Buy | 03/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PIMCO VIT Total Return | | None | L | T | Buy | 10/03/19 | L | | |
| 87. Templeton Global Bond VIP Fund | | None | | | Sold | 10/01/19 | L | | |
| 88. Fidelity Variable Annuity fixed (H) | | | | | | | | | |
| 89. Templeton Global Bond Fund TPINX [converted to TGBAX] | A | Dividend | | | Closed | 05/28/19 | K | | |
| 90. Templeton Global Bond Fund Advisor TGBAX | A | Dividend | | | Open | 05/28/19 | K | | |
| 91. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 92. | | | | | Sold (part) | 08/26/19 | J | | |
| 93. | | | | | Sold | 08/26/19 | K | D | |
| 94. The Hartford Intl Opportunity Fund | A | Dividend | K | T | Buy | 02/20/19 | K | | |
| 95. | | | | | Buy | 02/20/19 | J | | |
| 96. Vanguard Life Strategy VASIX | A | Dividend | K | T | | | | | |
| 97. Vanguard Short Term VFSTX | B | Dividend | L | T | | | | | |
| 98. Voya Cr Fund VCFAX | B | Dividend | L | T | Buy | 10/07/19 | L | | |
| 99. Wells Fargo Diversified Income Builder Fund EKSAX | C | Dividend | L | T | Sold (part) | 12/19/19 | K | | |
| 100. | | | | | Buy | 12/30/19 | J | | |
| 101. Wells Fargo Special Mid Cap Value Fund WFMIX | A | Dividend | | | Sold (part) | 02/20/19 | J | B | |
| 102. | | | | | Sold (part) | 08/06/19 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 12/13/19 | J | C | |
| 104. CD Capitol One: cash account | A | Interest | | | Redeemed | 11/08/19 | K | | |
| 105. CD Discover Bank: cash account | A | Interest | | | Redeemed | 03/01/19 | K | | |
| 106. CD Goldman Sachs: cash account | A | Interest | | | Redeemed | 05/08/19 | K | | |
| 107. CD NY Bank of Mellon: cash account | A | Interest | | | Buy | 03/18/19 | K | | |
| 108. | | | | | Redeemed | 06/18/19 | K | | |
| 109. CD JP Morgan Chase: cash account | A | Interest | | | Buy | 03/29/19 | K | | |
| 110. | | | | | Redeemed | 09/30/19 | K | | |
| 111. CD PNC: cash account | A | Interest | | | Redeemed | 08/28/19 | K | | |
| 112. CD Wells Fargo: cash account | A | Interest | | | Redeemed | 12/30/19 | K | | |
| 113. CD JP Morgan Chase: cash account | A | Interest | | | Buy | 01/12/19 | K | | |
| 114. | | | | | Redeemed | 05/30/19 | K | | |
| 115. Glenmede SmallCap Equity Portfolio Class Adv GTCSX[converted to GTSCX] | | None | | | Buy | 03/26/19 | K | | |
| 116. | | | | | Closed | 08/12/19 | K | | |
| 117. Glenmede Small Cap Portfolio Institutional Class GTSCX | A | Dividend | | | Open | 08/12/19 | K | | |
| 118. | | | | | Sold | 09/11/19 | K | A | |
| 119. CD Barclays Bank: cash account | | None | K | T | Buy | 07/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  BlackRock: iShares Intl Aggregate Bond | A | Dividend | L | T | Buy<br>(add'l) | 10/03/19 | K | | |
| 121. | | | | | Buy<br>(add'l) | 10/03/19 | L | | |
| 122. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 123.  BlackRock: iShares Trust CMBS ETF | A | Dividend | K | T | Buy | 10/25/19 | K | | |
| 124.  PIMCO Intl Bd (U.S. Dollar-hedged) I-3<br>PFONX | C | Dividend | L | T | Buy | 08/26/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 08/26/19 | K | | |
| 126. | | | | | Buy<br>(add'l) | 10/03/19 | L | | |
| 127. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 128.  Fidelity Govt Money Market Premium<br>Class: cash account FZCXX | A | Interest | M | T | Buy | 08/14/19 | M | | |
| 129. | | | | | Buy<br>(add'l) | 11/14/19 | L | | |
| 130.  PIMCO Total Return Fund CL I3 PTTNX | A | Dividend | | | Buy | 07/23/19 | K | | |
| 131. | | | | | Buy<br>(add'l) | 07/23/19 | K | | |
| 132. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 133. | | | | | Sold<br>(part) | 10/03/19 | K | B | |
| 134. | | | | | Sold<br>(part) | 10/03/19 | K | A | |
| 135. | | | | | Sold | 10/03/19 | J | A | |
| 136.  BlackRock: iShares Core MSCI Emerging<br>Markets ETF IEMG | A | Dividend | | | Buy | 02/20/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/26/19 | J | | |
| 138. | | | | | Sold | 05/14/19 | J | | |
| 139. Fidelity High Income SPHIX | | None | | | Buy | 02/20/19 | J | | |
| 140. | | | | | Sold | 04/22/19 | J | A | |
| 141. Fidelity Self Managed Core Account: cash account | A | Interest | L | T | | | | | |
| 142. Fidelity Joint Core Account: cash account | A | Interest | J | T | | | | | |
| 143. Fidelity CAB Rollover Core Account: cash account | A | Interest | K | T | | | | | |
| 144. Fidelity MBB IRA Core Account: cash account | A | Interest | J | T | | | | | |
| 145. Fidelity CAB IRA Core Account: cash account | A | Interest | J | T | | | | | |
| 146. Fidelity MBB Roth IRA Core Account: cash account | A | Interest | J | T | | | | | |
| 147. Farmers and Drovers Bank money market: cash account | A | Interest | K | T | | | | | |
| 148. Farmers and Drovers Bank checking: cash account | A | Interest | K | T | | | | | |
| 149. Capitol Federal checking: cash account | A | Interest | K | T | | | | | |
| 150. Capitol Federal money mkt | C | Interest | N | T | | | | | |
| 151. Capitol Federal money mkt: cash account | A | Interest | K | T | | | | | |
| 152. Capitol Federal CD: cash account | C | Interest | M | T | | | | | |
| 153. Farmers and Drovers Bank CD: cash account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary B. Briscoe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544